*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Daniel RIOS-MOJICA**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202100201**

_____

Decided: 29 December 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek A. Poteet

Sentence adjudged 27 May 2021 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 240 days and a bad-conduct discharge.[1]

---

[1] The Convening Authority suspended the bad conduct discharge and 109 days of the adjudged confinement consistent with a recommendation of the military judge and pursuant to Article 60a(c), Uniform Code of Military Justice [UCMJ], 10 U.S.C. § 860a(c).

Opinion of the Court

For Appellant:
*Commander Kyle Calvin Kneese, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, UCMJ, 10 U.S.C. §§ 859, 866.